UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORE,<br>        Plaintiff,<br>   v.<br>BLUE EARTH, INC.,<br>        Defendant. | Case No. 17-cv-03905-WHO<br><br>**ORDER TO SHOW CAUSE** |

On August 17, 2017, I granted an ex parte application for extension of time to appellant Teresa Jean Moore to file the designation of record and statement of issues and to file her opening appeal brief in this case by October 6, 2017. Dkt. No. 7. Moore has not filed any such documents. She is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute under Fed. R. Civ. Proc. 41(b). Moore shall SHOW CAUSE by filing the designation of record and statement of issues and her opening appeal brief on or before October 27, 2017. If Moore fails to file the designation of record and statement of issues and her opening appeal brief by that date, I will DISMISS this case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 12, 2017

William H. Orrick
United States District Judge