UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOORE,<br><br>    Appellant,<br><br>    v.<br><br>BLUE EARTH, INC.,<br><br>    Appellee. | Case No. 17-cv-03905-WHO<br><br>**ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 8 |

Appellant Teresa Moore's principal brief, along with the designation of record and statement of issues, was initially due on August 14, 2017. Dkt. No. 3. I granted her an extension until October 6, 2017, ex parte, on August 17, 2017. Dkt. No. 7. She filed nothing. On October 12, 2017, I issued an Order to Show Cause requiring that she file the designation of record and statement of issues and her opening appeal brief by October 27, 2017. I warned her that if she failed to file the designation of record and statement of issues and her opening appeal brief on or before that date, I would dismiss this case for failure to prosecute under Federal Rule of Civil Procedure 41(b). *See* Dkt. No. 8, October 12, 2017 Order.

As of today's date, Moore has not filed the designation of record and statement of issues and her opening appeal brief or otherwise communicated about the status of her case. Therefore, this appeal is DISMISSED for failure to prosecute. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 30, 2017

William H. Orrick
United States District Judge