UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA JEAN MOORE,<br><br>        Appellant,<br><br>   v.<br><br>BLUE EARTH, INC.,<br><br>        Appellee. | Case No. 17-cv-03905-WHO<br><br>**JUDGMENT** |

    Judgment is hereby entered in accordance with the Court's September 12, 2018 Order on Appeal.

**IT IS SO ORDERED.**

Dated: September 12, 2018

_____
William H. Orrick
United States District Judge